UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 16-25018-CIV-MORENO

CLAUDIA MARIANA RUBIO CASTILLO,

       Plaintiff,

vs.

PIETRO'S CEVICHE BAR & GRILL INC.,
and PEDRO A. FERNANDEZ PRADA,

       Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT

    THIS CAUSE came before the Court upon Plaintiff's Amended Motion for Entry of Default Final Judgment **(D.E. 24)**, filed on **October 2, 2021**.

    THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

    **ADJUDGED** that the amended motion for entry of default final judgment is GRANTED. A default has been entered against Pietro's Ceviche Bar & Grill, Inc. and Pedro A. Fernandez-Prada for failure to answer or otherwise plead to the Summons and Complaint served by Claudia Mariana Rubio Castillo. Plaintiff and Plaintiff's Counsel filed declarations with the Court as to the amount due from Defendants. Accordingly, it is

    **ADJUDGED** that Default Final Judgment is hereby entered in favor of Plaintiff Claudia Mariana Rubio-Castillo and against Defendants Pietro's Ceviche Bar & Grill, Inc., and Pedro A. Fernandez Prada. It is further

**ADJUDGED** that Plaintiff shall recover from Defendants compensatory and liquidated damages in the amount of $34,871.80 and attorney's fees and costs in the amount of $5,026. Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of September 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record